NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES W. STANLEY, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7121

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4142, Judge William A. Moorman.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki moves without opposition for a 14-day extension of time, until December 3, 2012, to file his principal brief.

Upon consideration thereof,

JAMES STANLEY, JR. V. SHINSEKI                                    2

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27